IRELL & MANELLA LLP
David A. Schwarz (159376)
dschwarz@irell.com
Adam Fletcher (247949)
afletcher@irell.com
Jorge L. Fernandez (261253)
jfernandez@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

RICHARDS KIBBE & ORBE LLP
Brian S. Fraser (*pro hac vice*)
bfraser@rkollp.com
Shari A. Brandt (*pro hac vice*)
sbrandt@rkollp.com
Matthew M. Riccardi (*pro hac vice*)
mriccardi@rkollp.com
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

Attorneys for Defendant
Financial Guaranty Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MUSEUM ASSOCIATES, dba LOS ANGELES COUNTY MUSEUM OF ART, a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>FINANCIAL GUARANTY INSURANCE COMPANY, a New York corporation, HOWARD J. CURE, an individual, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. CV08-07304 DSF (CWx)<br><br>**ORDER ENTERING CONFIDENTIALITY STIPULATION BETWEEN PLAINTIFF MUSEUM ASSOCIATES AND DEFENDANTS FINANCIAL GUARANTY INSURANCE COMPANY AND HOWARD J. CURE INTO A PROTECTIVE ORDER**<br><br>Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Carla Woehrle |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2124520

[PROPOSED] ORDER ENTERING CONFIDENTIALITY STIPULATION BETWEEN THE PARTIES INTO A PROTECTIVE ORDER

# ORDER

Pursuant to the Confidentiality Stipulation between the parties to this action, and good cause appearing therefore, the Court hereby enters the foregoing Confidentiality Stipulation as an Order of this Court.

IT IS SO ORDERED.

Dated: Sept. 21, 2009

/S/
Hon. Carla Woehrle
Magistrate Judge
United States District Court

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2124520

- 1 -

[PROPOSED] ORDER ENTERING CONFIDENTIALITY STIPULATION BETWEEN THE PARTIES INTO A PROTECTIVE ORDER